IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| DUSTIN BRYCE ROSONDICH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 15-1112-JDT-egb |
| | ) | |
| STATE OF TENNESSEE, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS,
CERTIFYING AN APPEAL WOULD NOT BE TAKEN IN GOOD FAITH
AND DENYING LEAVE TO APPEAL *IN FORMA PAUPERIS*

On May 8, 2015, the *pro se* Plaintiff, Dustin Bryce Rosondich, filed a document which the Clerk docketed as a complaint, accompanied by a motion to proceed *in forma pauperis*. (ECF Nos. 1 & 2.) After Plaintiff filed a proper *in forma pauperis* application (ECF No. 6), U.S. Magistrate Judge Edward G. Bryant granted leave to proceed *in forma pauperis* (ECF No. 7). On July 11, 2016, Magistrate Judge Bryant issued a Report and Recommendation ("R&R") in which he recommended the Court dismiss the case *sua sponte* for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). (ECF No. 12.) Objections to the R&R were due within fourteen days, on or before July 28, 2016. *See* Fed. R. Civ. P. 72(b)(2); *see also* Fed. R. Civ. P. 6(d). However, Plaintiff has filed no objection.

The originating document filed by Plaintiff in this case is captioned "Court of Record, Notice of Void Judgment, Rosondich court at United States District Court for the Western District of Tennessee" and titled "Void Judgment for Fraud, RE: Dustin Bryce Rosondich, Case #14-417 from circuit court Jackson Tennessee." (ECF No.1 at 1.) He names the State of Tennessee and Tennessee

Attorney General Herbert H. Slattery as Respondents. (*Id.*) In its entirety, the substance of the document states:

> This is an Article III court of record correcting a fraudulent instrument that negatively affected me, a man. Dustin B Rosondich a man is hereby invoking this article III court of record.
>
> The orders from Circuit Court Jackson Tennessee case #14-417 named below are void for fraud:
>
> 1. Resisting arrest
>
> 2. Violation of registration law
>
> 3. Driving while unlicenced
>
> Reasons for fraud (there are many more but this will suffice):
>
> A. The victim was originally City of Jackson but morphed to STATE OF TENNESSEE
>
> B. STATE OF TENNESSEE did not sign the complaint as the affiant with firsthand knowledge of facts
>
> C. There was no distinct and palpable injury
>
> D. Everything was baseless hearsay by impeachable hostile witnesses
>
> E. The elements of the offense were not listed in the charging instrument as Rule 3 requires
>
> F. Actual innocense [sic]

(*Id.*) Attached is a "Certificate for immediate execution of correction of void judgment Case #14-417 from court coram non judice Circuit Court, Jackson Tennessee." (*Id.* at 2.) Also attached are three documents, each titled "Writ of Mandamus Order to correct void judgment," which purport to set aside the charges for resisting arrest, driving without a license and a registration violation. (*Id.* at 3-5.)

It appears that Plaintiff may be attempting to challenge a criminal proceeding in the Madison County Circuit Court in which he was charged and possibly convicted of resisting arrest, driving without a license and violating the registration law. In the R&R, Magistrate Judge Bryant found that this document is frivolous. The Court also finds that the document fails to state any claim on which relief may be granted. Furthermore, to the extent Plaintiff may intend the document as a habeas petition, he has not alleged that he has exhausted his available state remedies.

The Court ADOPTS the R&R and DISMISSES this case pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i)-(ii) as frivolous and for failure to state a claim on which relief may be granted.

Pursuant to 28 U.S.C. § 1915(a)(3) and Federal Rule of Appellate Procedure 24(a), the Court CERTIFIES that an appeal by Plaintiff would not be taken in good faith and DENIES leave to appeal *in forma pauperis*. Accordingly, if Plaintiff files a notice of appeal, he must also pay the entire $505 appellate filing fee or file a motion to proceed *in forma pauperis* and supporting affidavit in the Sixth Circuit Court of Appeals.

The Clerk is directed to prepare a judgment.

IT IS SO ORDERED.

  s/ **James D. Todd**
JAMES D. TODD
UNITED STATES DISTRICT JUDGE